GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of DAVID P. BARHYDT, Deceased, Respondent, *v.* UNITED STATES STEEL CORPORATION, Appellant.

*Guaranty Trust Co.* v. *U. S. Steel Corp.*, 187 App. Div. 889, affirmed.

(Argued May 19, 1919; decided June 3, 1919.)

APPEAL, by permission, from two orders of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1919, which affirmed two orders of Special Term, one granting plaintiff's motion for judgment in its favor upon the pleadings and the other denying defendant's cross motion and overruling its demurrer to the complaint. The complaint alleged that plaintiff is trustee under the will of David P. Barhydt, deceased; that part of the estate consists of shares of the preferred stock of defendant corporation; that by the will the trustee is given permission to retain such securities but elected to sell them and for that purpose presented to defendant the properly indorsed certificate of stock standing in the plaintiff's name as trustee under the will of David P. Barhydt together with a certified copy of the will, receipts for the payment of transfer taxes and other necessary papers and requested that the transfer be made to the purchaser, which transfer the defendant corporation refused to make on the sole ground that it did not appear conclusively that the plaintiff had the right and power as a matter of law to sell the stock without obtaining authority from the court. The following question was certified: " Does the amended complaint state facts sufficient to constitute a cause of action? "

*William Averell Brown* and *William W. Corlett* for appellant.

*Lee McCanliss* and *Edward R. .Greene* for respondent.

Orders affirmed, with one bill of costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.